UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Howard Cohan, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16-cv-9634 |
| | ) | |
| vs. | ) | Hon. Judge Ronald Guzman |
| | ) | |
| 201 East Delaware, L.L.C., d/b/a Raffaello Hotel, | ) ) | |
| | ) | |
| Defendant(s). | ) | |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

Plaintiff, HOWARD COHAN, by and through his attorneys, hereby requests that this Court make an Entry of an Order Dismissing the Action without prejudice, pursuant to Rule 41(a)(2), and in support of said motion states as follows:

1. This matter was initiated by Plaintiff on October 11, 2016.

2. Defendant has filed a general denial and appeared through counsel, but has not answered the complaint and Defendant has not filed any counterclaims.

3. At this time, Plaintiff does not seek to pursue this action any further.

4. Defendant has no objection to the voluntary dismissal.

WHEREFORE, Plaintiff HOWARD COHAN, respectfully requests that this Honorable Court grant his motion to voluntarily dismiss the matter without prejudice, and for any further relief the Court deems just and fair.

On Behalf of Plaintiff,

/s/ Ivo Tchernev
Ivo Tchernev, Esq.
Law Offices of Jacobson and Tchernev, Ltd.
33 N. Dearborn St., Suite 1907
Chicago, IL 60602
(312) 669-4441 Office
(312) 781-6732 Fax
legal@lawjtchicago.com
Illinois Bar Number: 6304132