UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Howard Cohan
	Plaintiff,

v.	Case No.: 1:16–cv–09634
	Honorable Ronald A. Guzman

201 East Delaware, L.L.C.
	Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, January 3, 2017:

	MINUTE entry before the Honorable Ronald A. Guzman: Motion hearing held on 1/3/2017. Plaintiff's motion for voluntary dismissal [10] is granted without objection. This matter is voluntarily dismissed without prejudice. Any pending motions or schedules in this case are stricken as moot. Civil case terminated. Mailed notice(is, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.